UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL HARRIS

        Plaintiff,                                No. 14-10304

v.                                           District Judge John Corbett O'Meara
                                                 Magistrate Judge R. Steven Whalen

ADAM KANDULSKI, ET AL.,

        Defendants.
_____/

## ORDER DENYING APPOINTMENT OF COUNSEL

Plaintiff, a *pro se* prison inmate in this civil rights action brought under 42 U.S.C. §1983, has filed a motion for appointment of counsel [Docket #12].

Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases. Rather, the Court requests members of the bar to assist in appropriate cases. In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993), the Sixth Circuit noted that "[a]ppointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances." (Internal quotations and citations omitted).

It is the practice of this Court to defer any attempt to obtain counsel for *pro se* civil rights Plaintiffs until after motions to dismiss or motions for summary judgment have been denied. The Defendants in this case have not yet been served. At this point, Plaintiff's motion to appoint counsel is premature. If Plaintiff's claims ultimately survive dispositive motions, he may renew his motion for appointment of counsel at that time.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for appointment of counsel

-1-

[Docket #12] is **DENIED WITHOUT PREJUDICE**.

Dated: April 2, 2014    s/R. Steven Whalen
             R. STEVEN WHALEN
             UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on April 2, 2014, electronically and/or by U.S. Mail.

             s/Michael Williams
             Case Manager for the
             Honorable R. Steven Whalen