UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL HARRIS,

    Plaintiff,

                                             Case No. 14-10304

v.

                                             Hon. John Corbett O'Meara

ADAM KANDULSKI, *et al.*,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is a report and recommendation filed by Magistrate Judge R. Steven Whalen on February 28, 2015. No objections have been filed by the parties. The court having reviewed the relevant pleadings;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

IT IS FURTHER ORDERED that the MDOC Defendants' motion for summary judgment is GRANTED, and these Defendants are DISMISSED WITH PREJUDICE.

                                                    s/John Corbett O'Meara
                                                    United States District Judge

Date: March 24, 2015

    I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 24, 2015, using the ECF system and/or ordinary mail.

                                      <u>s/William Barkholz</u>
                                      Case Manager