UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL HARRIS,

       Plaintiff,                        Case no. 14-10304
                                                Honorable John Corbett O'Meara

v.

ADAM KANDULSKI, *et al.*,

       Defendants.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is a report and recommendation filed by Magistrate Judge R. Steven Whalen on August 5, 2015. No objections have been filed by the parties. The court having reviewed the relevant pleadings;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

IT IS FURTHER ORDERED that Defendant Dr. Adam Kandulski's motion for summary judgment is GRANTED, and Plaintiff's complaint against this Defendant is DISMISSED with prejudice.

                                                 s/John Corbett O'Meara
                                                 United States District Judge

Date: September 4, 2015

    I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 4, 2015, using the ECF system and/or ordinary mail.

                                                      s/William Barkholz
                                                      Case Manager