UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL HARRIS,

        Plaintiff,                    Case no. 14-10304
                                              Honorable John Corbett O'Meara

v.

ADAM KANDULSKI, et al.,

        Defendants.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

     The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge R. Steven Whalen's February 23, 2016 report and recommendation. No objections have been filed by the parties. The court having reviewed the entire record;

     IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

     IT IS FURTHER ORDERED that Plaintiff's complaint is DISMISSED as to Defendants Jane Doe, John Doe, and "all employees of the Michigan Department

of Corrections".

                                                  s/John Corbett O'Meara

                                                  United States District Judge

Date:  March 23, 2016

     I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 23, 2016, using the ECF system and/or ordinary mail.

                                                  s/William Barkholz

                                                  Case Manager